CO-386-online
10/03

# United States District Court
# For the District of Columbia

Association of Civilian Technicians, )
Inc., et al., )
)
)
              Plaintiff )    Civil Action No._____
   vs )
)
United States of America, et al., )
)
)
            Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Association of Civilian Technicians, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Association of Civilian Technicians, Inc.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                            Attorney of Record
                            /s/ Daniel M. Schember
                            Signature

237180
BAR IDENTIFICATION NO.

Daniel M. Schember
Print Name

1666 Connecticut Avenue, N.W., Suite 225
Address

Washington,   DC   20009
City               State   Zip Code

202 328 2244
Phone Number