IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ASSOCIATION OF CIVILIAN TECHNICIANS, INC.<br>12620 Lake Ridge Drive<br>Lake Ridge, VA 22192<br><br>LABORERS' INTERNATIONAL UNION OF NORTH AMERICA<br>905 16th Street, N.W.<br>Washington, D.C. 20006<br><br>DANIEL ROMERO CRUZ<br>Jose de Diego #55<br>Bo. Coco Nuevo<br>Salinas, PR 00751<br><br>JUAN A. VELEZ SOTO<br>P.O. Box 602<br>Salinas, PR 00751<br><br>DOMINGO HERNANDEZ DONES<br>P.O. Box 2228<br>Alberque Olimpico<br>Salinas, PR 00751<br><br>KENNETH COLON AYALA<br>HC01 Box 6488<br>Aibonito, PR 00705<br><br>                Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br><br>PETE GEREN<br>Secretary of the Army<br>The Pentagon<br>Washington, D.C. 20310-0104<br>In his official capacity<br><br>LIEUTENANT GENERAL<br>H. STEVEN BLUM<br>Chief, National Guard Bureau |  <br><br><br><br><br><br>Civil Action No. 07-1747 (CKK) |

| | |
|---|---|
| **1411 Jefferson Davis Highway** | ) |
| **Arlington, VA 22202-3231** | ) |
| **In his official capacity** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
BRIAN C. BALDRATE
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

2