IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF CIVILIAN TECHNICIANS, INC., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-01747 (CKK) |

## JOINT MOTION AND MEMORANDUM FOR BRIEFING SCHEDULE

The parties have conferred and believe that the Court can decide the merits of this case on cross-motions for summary judgment. The parties move the Court to stay other proceedings, including defendants' obligation to answer the complaint, and to approve the following briefing schedule:

1. Defendants' Motion for Summary Judgment and submission of Administrative Record due by **February 8, 2008**;

2. Plaintiffs' Cross Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment due by **March 10, 2008**;

3. Defendants' Opposition to Plaintiffs' Cross Motion for Summary Judgment and Reply to Plaintiffs' Opposition due by **April 1, 2008**;

4. Plaintiffs' Reply to Defendants' Opposition due **April 23, 2008**.

A proposed Order consistent with this Motion is attached.

Respectfully submitted,

/s
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s
RUDOLPH CONTRERAS D.C. Bar # 434122
Assistant United States Attorney

/s
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
455 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

Counsel for Defendants

/s
DANIEL M SCHEMBER, D.C. Bar #237180
Gaffney & Schember, P.C.
1666 Connecticut Ave, N.W., Suite # 225
Washington D.C., 20009
(202) 328-2244

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF CIVILIAN TECHNICIANS, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 07-01747 (CKK) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

On consideration of the parties' joint motion for briefing schedule, it is this _____ day of December, 2007,

ORDERED, that the motion is granted. The parties shall submit cross-motions for summary judgment according to the following schedule.

1. Defendants' Motion for Summary Judgment and submission of Administrative Record due by **February 8, 2008**;

2. Plaintiffs' Cross Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment due by **March 10, 2008**;

3. Defendants' Opposition to Plaintiffs' Cross Motion for Summary Judgment and Reply to Plaintiffs' Opposition due by **April 1, 2008**;

4. Plaintiffs' Reply to Defendants' Opposition due **April 23, 2008**.

Pending decision of these motions, other proceedings, including defendants' obligation to answer the complaint, are stayed.

 

COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

Brian C. Baldrate
Special Assistant U.S. Attorney
455 Fourth Street, N.W.,
Washington, D.C. 20530

Daniel M. Schember
Gaffney & Schember, P.C.
1666 Connecticut Ave, N.W., Suite # 225
Washington D.C., 20009