**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                           )
ASSOCIATION OF CIVILIAN                    )
TECHNICIANS, INC., et al.,                 )
                                           )
              Plaintiffs,                  )
                                           )
        v.                                 )      Civil Action No. 07-1747 (CKK)
                                           )
UNITED STATES OF AMERICA, et al.,          )
                                           )
              Defendants.                  )
_____  )

<u>**DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME**</u>
<u>**WITHIN WHICH TO FILE DEFENDANTS'  MOTION FOR SUMMARY JUDGMENT**</u>
<u>**AND SUBMISSION OF THE ADMINISTRATIVE RECORD**</u>

Plaintiff brings this action under 28 U.S.C. §§ 1331and 1336 seeking reinstatement into

their civilian technician jobs in the Army National Guard. Defendants now respectfully move

this Court for a seven (7) day enlargement of time through and including February 15, 2008

within which to file Defendants' Motion for Summary Judgment and submission of the

Administrative Records.  Defendants request that all previous deadlines set forth in the Court's

previous briefing schedule be enlarged 7 days. Good Cause exists to grant this motion:

1. Counsel for Defendants have been diligently working on this matter. However, this cae

involves multiple parties and various administrative records. Counsel for Defendants just

recently received this completed administrative records and needs more time to review them and

incorporate them into his brief.

2.  Defendants Motion for Summary Judgment and the filing of the Administrative

Record is presently due February 7, 2008.

    3.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

    4.  This is the first enlargement of time sought in this matter.

    5.  Plaintiff's counsel consents to the enlargement.

    For these reasons, Defendant requests that the Court grant its Consent Motion for an Enlargement of Time Within Which to file Defendants' Motion for Summary Judgment and submission of the Administrative Records.  A proposed Order is included with this Motion.


Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney


_____/s_____
BRIAN C. BALDRATE
Special Assistant U.S.  Attorney
555 Fourth Street, N.W.,
Room E4408
Washington, D.C.  20530
Ph:(202) 353-9895

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                      )
ASSOCIATION OF CIVILIAN                )
TECHNICIANS, INC., et al.,                   )
                                                      )
            Plaintiffs,                               )
                                                      )
      v.                                               )        Civil Action No. 07-1747 (CKK)
                                                      )
UNITED STATES OF AMERICA, et al.,   )
                                                      )
            Defendants.                            )
_____ )

**ORDER**

On consideration of the Defendants' consent motion and the entire record herein, it is this

_____ day of February, 2008,

**ORDERED**, that the Defendants' Motion for a 7 day enlargement is granted. Further,

**ORDERED**, that the parties shall following the amended schedule:

1.  Defendants' Motion for Summary Judgment and submission of Administrative Record

due by **February 15, 2008**;

2.  Plaintiffs' Cross Motion for Summary Judgment and Opposition to Defendants'

Motion for Summary Judgment due by **March 17, 2008**;

3.  Defendants' Opposition to Plaintiffs' Cross Motion for Summary Judgment and Reply

to Plaintiffs' Opposition due by **April 8, 2008**;

4.  Plaintiffs' Reply to Defendants' Opposition due **April 30, 2008**.


                                    _____
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge

Copies to Parties via ECF