UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF CIVILIAN TECHNICIANS, INC., <u>et al.</u>           )<br>                                                                                                    )<br>         **Plaintiffs,**                                                                      )<br>                                                                                                    )<br>         v.                                                                                       )<br>                                                                                                    )<br>UNITED STATES OF AMERICA, <u>et al.</u>,                   )<br>                                                                                                    )<br>         **Defendants.**                                                                    )<br>                                                                                                    )<br>_____ ) | Civil Action No. 07-1747 (CKK) |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

The Administrative Record consisting of a total of 602 pages (four volumes) will be filed with the Clerk of the Court and served upon counsel for Plaintiff in electronic form on CD ROM rather than electronically via ECF, in accordance with Local Civil Rule 5.4(e)(1)(B). A courtesy paper copy of the Administrative Record on paper will be provided to the Court.

Respectfully submitted,

/s
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s
BRIAN C. BALDRATE
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Room E4408
Washington, D.C. 20530
202-353-9895