IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF CIVILIAN TECHNICIANS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 07-01747 (CKK)

**CONSENT MOTION FOR REVISED BRIEFING SCHEDULE**

Plaintiffs, with defendants' consent, move the Court for an order revising the summary

judgment briefing schedule and establishing the following deadlines for the remaining

submissions:

April 30, 2008, Plaintiffs' Cross Motion for Summary Judgment and Opposition to

Defendants' Motion for Summary Judgment;

May 22, 2008, Defendants' Opposition to Plaintiffs' Cross Motion for Summary

Judgment and Reply to Plaintiffs' Opposition;

June 13, 2008, Plaintiffs' Reply to Defendants' Opposition.

In support of this motion, plaintiffs rely on the accompanying memorandum.

Respectfully submitted,

/s
_____
DANIEL M SCHEMBER, D.C. Bar #237180
Gaffney & Schember, P.C.
1666 Connecticut Ave, N.W., Suite # 225
Washington D.C., 20009
(202) 328-2244

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF CIVILIAN TECHNICIANS, INC., *et al*., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-01747 (CKK) |
| UNITED STATES OF AMERICA, *et al*., | ) ) | |
| Defendants. | ) ) ) | |

**MEMORANDUM IN SUPPORT OF
CONSENT MOTION FOR REVISED BRIEFING SCHEDULE**

Plaintiffs' Cross Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment currently must be filed by March 17, 2008. Since January, however, counsel has been ill and unable to work full days. Due to counsel's illness and other obligations, including two arising from unexpected court orders, an extension of the March 17 deadline to April 30, 2008, is necessary.

Defendants filed their summary judgment motion on February 15, 2008. On February 21 counsel received an unexpected order requiring preparation of a joint brief in *McCoy v. United States*, No. 07-2097-CM (D. Kan. order denying dismissal and requiring joint brief on discovery issues February 21, 2008). Counsel prepared a draft in *McCoy* and hoped to return to work on previously scheduled major matters on March 3.

On March 3, however, the U.S. Court of Appeals for the Second Circuit issued an order in *Dibble v. Fenimore*, No. 06-3307-cv (2d Cir. oral argument scheduled for March 20, 2008), requiring submission of supplemental briefs no later than March 13, 2008. Since then, counsel has been required to devote nearly all of his time to preparation of the supplemental brief in

*Dibble*.  Thereafter, and through March 20, counsel will be required to spend most of his time preparing for, traveling to, presenting, and traveling back from the March 20 oral argument in *Dibble*.  Counsel will be away from his practice on Friday, March 21 and will return to work on March 24.

During the week beginning March 24, counsel will be required to devote nearly all of his time to preparing the Reply Brief for Petitioner, due March 28, in *Association of Civilian Technicians, Puerto Rico Army Chapter v. Federal Labor Relations Authority*, No. 07-1422 (D.C. Cir. reply brief due March 28, 2008).

Beginning March 30, counsel must commence concentrated work on a reply in support of a summary judgment motion and an opposition to a cross motion for summary judgment in *Carr v. District of Columbia*, No. 06-cv-00098-ESH (D. D.C. defendant's cross motion for summary judgment filed February 23, 2008).  Counsel's *Carr* filing is due April 11.

On or before April 17, counsel must file a petition for writ of certiorari in *Association of Civilian Technicians, New York State Council*, No. 06-1354 (D.C. Cir. rehearing denied January 18, 2008).

On April 21, counsel expects to start work on plaintiffs' opposition and cross motion for summary judgment.  To allow counsel adequate time to prepare these papers, the deadline for filing should be extended to April 30, 2008.  If plaintiffs file on April 30, defendants' opposition and reply should be due May 22 and the deadline for plaintiffs' reply should be June 13.

Plaintiffs' motion should be granted.

Respectfully submitted,

/s _____
DANIEL M SCHEMBER, D.C. Bar #237180
Gaffney & Schember, P.C.
1666 Connecticut Ave, N.W., Suite # 225
Washington D.C., 20009
(202) 328-2244

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF CIVILIAN TECHNICIANS, INC., *et al*., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )    Civil Action No. 07-01747 (CKK) ) |
| UNITED STATES OF AMERICA, *et al*., | ) ) |
| Defendants. | ) ) |

**ORDER**

On consideration of plaintiffs' consent motion for revision of the briefing schedule, it is

this ___ day of March, 2008,

ORDERED, that the motion is granted.  The parties shall submit their remaining

summary judgment papers according to the following schedule.

April 30, 2008, Plaintiffs' Cross Motion for Summary Judgment and Opposition to

Defendants' Motion for Summary Judgment;

May 22, 2008, Defendants' Opposition to Plaintiffs' Cross Motion for Summary

Judgment and Reply to Plaintiffs' Opposition;

June 13, 2008, Plaintiffs' Reply to Defendants' Opposition.


_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

Brian C. Baldrate
Special Assistant U.S.  Attorney
455 Fourth Street, N.W.,
Washington, D.C.  20530

Daniel M. Schember
Gaffney & Schember, P.C.
1666 Connecticut Ave, N.W., Suite # 225
Washington D.C., 20009